```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
                                              :
HERBET C. OWENS,                              :       CASE NO. 1:16-CV-1220
                                              :
            Plaintiff,                        :
                                              :
      vs.                                     :       OPINION & ORDER
                                              :       [Resolving Docs. 1, 23]
COMMISSIONER                                  :
OF SOCIAL SECURITY,                           :
                                              :
            Defendant.                        :
                                              :
-------------------------------------------------------
```

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On May 20, 2016, Plaintiff Herbert C. Owens sued to reverse the denial of his disability insurance benefits application.[1] On June 30, 2017, Magistrate Judge William H. Baughman, Jr., recommended reversal of the Commissioner's decision and recommended the application be remanded for further administrative proceedings.[2] Defendant Commissioner of Social Security does not object.[3]

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection.[4] Failure to timely object waives a party's right to appeal the magistrate's report.[5]

Absent objection, a district court may adopt the magistrate judge's report without review.[6] Moreover, having conducted its own review of the complaint and record, the Court agrees with the conclusions in the Report and Recommendation.

---

[1] Doc. 1. The Commissioner of Social Security answered. Doc. 9.
[2] Doc. 20.
[3] Doc. 24.
[4] 28 U.S.C. § 636(b)(1)(C).
[5] *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).
[6] *See Thomas*, 474 U.S. at 149.

Case No. 1:16-CV-1220
Gwin, J.

Therefore, this Court **ADOPTS** the Magistrate Judge's Recommendation, **REVERSES** the ALJ's denial of benefits, and **REMANDS** the case for further administrative proceedings.

IT IS SO ORDERED.


Dated: July 17, 2017                    *s/      James S. Gwin*
                                        JAMES S. GWIN
                                        UNITED STATES DISTRICT JUDGE